**General Civil and Domestic Relations Case Filing Information Form**

☒ **Superior or** ☐ **State Court of** GLYNN _____ **County**

| For Clerk Use Only | | | |
|---|---|---|---|
| Date Filed _____ <br> 10-22-2024 <br> **MM-DD-YYYY** | | Case Number _____ <br> CE24-01146 | |

**Plaintiff(s)**

BELTON, RHONDIE

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| BELTON, LENORA | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |

**Defendant(s)**

SYMRISE, INC.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| NOBLE, VINCENT | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| JOHN DOES 1-3 | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |

**Plaintiff's Attorney** JOHN B. MANLY     **Bar Number** 194011     **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
- ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ **Case Number**     _____ **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____

**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.18

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of GLYNN_____ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed | 10-22-2024 | Case Number CE24-01146 |
| | MM-DD-YYYY | |

**Plaintiff(s)**
BELTON, RHONDIE

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| BELTON, LENORA | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
SYMRISE, INC.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| NOBLE, VINCENT | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| JOHN DOES 1-3 | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** JOHN B. MANLY    **Bar Number** 194011    **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☒ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☒ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☒ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☒ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
**Case Number**        **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

FILED - VM
GLYNN CO. CLERK'S OFFICE
Filed 10/22/2024 1:57 PM
Accepted 10/22/2024 3:54 PM
CASE # CE24-01146

*Rebecca JWalden*
CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF GLYNN COUNTY
## STATE OF GEORGIA

| | | | |
|---|---|---|---|
| RHONDIE BELTON and LENORA BELTON, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. | CE24-01146 |
| v. | ) | | |
| | ) | | Judge Scarlett |
| SYMRISE, INC., VINCENT NOBLE, and JOHN DOES 1-3, | ) | | |

## COMPLAINT

COME NOW Rhondie Belton and Lenora Belton, Plaintiffs in the above-styled action, and file this Complaint against Symrise, Inc., Vincent Noble, and John Does 1-3 showing this Honorable Court as follows:

## PARTIES AND JURISDICTION

### 1.

Plaintiffs are, and at all times material to this action, residents of the State of Georgia.

### 2.

Defendant Symrise, Inc. is a foreign for profit corporation that is authorized to do business in the State of Georgia.

### 3.

Defendant Symrise, Inc. may be served with process via its registered agent Corporation Service Company located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

### 4.

Vincent Noble is a resident of Brunswick, Georgia, and may be served with process at his residence located at 113 Chatford Drive, Brunswick, Georgia 31525.

5.

.       Jurisdiction and venue are proper in this Honorable Court.

## **FACTUAL ALLEGATIONS**

6.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

7.

Defendant Symrise, Inc. produces, manufactures, packages, and distributes chemicals for over 34,000 products.

8.

Defendant Symrise, Inc. stores various chemicals and chemical compounds, including but not limited to hydrogen peroxide, at its facility located at 209 SCM Road, Brunswick, Georgia 31523.

9.

Defendant Symrise, Inc. has received countless complaints and has been the subject of numerous investigations by various governmental agencies.

10.

On November 7, 2022, Defendant Vincent Noble was the maintenance supervisor that was responsible for maintaining Symrise, Inc.'s Brunswick facility in a safe and operable condition.

11.

On November 7, 2022, there were at least three explosions at the Symrise facility that occurred within several tanks containing pinane peroxide, a hydrogen peroxide mixture.

12.

The explosions resulted in an enormous chemical fire that caused a massive plume of thick black smoke that released hazardous noxious fumes into the air.

13.

At the time of the explosions, Plaintiff Rhondie Belton was working for SRM Concrete at Symrise, Inc.'s Brunswick facility and unfortunately, Plaintiff Rhondie Belton's jobsite was located downwind from the massive explosion/fire.

14.

Shortly thereafter, Plaintiff Rhondie Belton began to experience constant nausea and weight loss that became so severe that he was admitted to the hospital on December 11, 2022.

15.

Plaintiff Rhondie Belton had no symptoms prior to the exposure to the chemical fire.

16.

Plaintiff Rhondie Belton underwent invasive testing revealing that he had hypercalcemia, transaminitis, and non-caseating granulomas which resulted in his diagnosis of Sarcoidosis.

17.

Plaintiff Rhondie Belton's exposure to the chemical explosion and fire led to his current condition.

## <u>COUNT ONE – STRICT LIABILITY</u>

18.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

3

19.

Defendant Symrise, Inc.'s conduct in maintaining dangerous chemicals on its premises is considered an ultrahazardous activity.

20.

Due to Symrise, Inc. engaging in ultrahazardous activity, it is strictly liable for its ultrahazardous activity, regardless of the exercise of due care.

21.

Symrise, Inc. knew, or in the exercise of ordinary care, should have known of the hazard involved and the probability of injury and/or damage to Plaintiff Rhondie Belton.

22.

As a direct and proximate result of the ultrahazardous activity conducted by Symrise, Inc., Plaintiff Rhondie Belton has suffered serious physical injuries, mental pain and suffering, loss of enjoyment of life, and substantial medical expenses.

## COUNT TWO – NEGLIGENCE

23.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

24.

Defendants knew or should have known the risk of explosion and/or fire at Symrise, Inc.'s Brunswick facility.

25.

Defendants knew or should have known of the leaking and/or improperly stored and/or

4

improperly handled chemicals within the Symrise, Inc. Brunswick facility, and Defendants negligently failed to exercise due care in responding to the dangerous conditions.

26.

Defendants knew or should have known the risks to citizens in the area surrounding Symrise, Inc.'s Brunswick facility, including the risk of explosion and/or fire that would lead to toxic fumes, dust, particulate matter,  and smoke being released into the air.

27.

Defendants knew or should have known that the release of such toxic fumes and other matters could and would cause significant health issues in the community and its surrounding areas, and the affected individuals would require medical attention and likely suffer long term health problems as a result.

28.

Defendants owed Plaintiffs a duty of care to comply with all applicable federal, state and local laws, regulations and/or ordinances.

29.

Defendants had a duty to exercise reasonable care to protect the public against foreseeable risks associated with the operation of Symrise Inc.'s Brunswick facility in maintaining chemical compounds which are dangerous commodities that cause a great risk of injury to persons and/or property.

30.

Defendants breached their duty of care by allowing certain unreasonable conditions to exist and by failing to properly store the chemicals, failing to inspect the facility, failing to train personnel to inspect and/or store, maintain, and safeguard the reactive chemicals in the proper

manner, and failing to adopt adequate safeguards to prevent the catastrophic explosion/fire which produced and released a toxic plume on November 7, 2022.

30.

The catastrophic plume would not have occurred had the Defendants exercised reasonable care, much less than the high degree of care called for.  Therefore, Plaintiffs are entitled to relief based on *res ipsa loquitur*.

31.

Defendants breach of their duties, directly and proximately caused injuries and damages to Plaintiff Rhondie Belton.

## <u>COUNT THREE – LOSS OF CONSORTIUM</u>

32.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

33.

On November 7, 2022, Plaintiffs Rhondie Belton and Lenora Belton were husband and wife.

34.

The injuries suffered by Plaintiff Rhondie Belton caused Plaintiff Lenora Belton to suffer a grievous impairment and interference with her society, affection, services, companionship, and consortium with her husband Plaintiff Rhondie Belton.

35.

By reason of the foregoing, Plaintiffs are entitled to recover compensatory and other damages in such amounts as may be shown by the evidence at trial and determined by the enlightened conscience of a jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray:

a.  That summons and process be issues and served upon Defendants;

b.  For a trial by jury comprised of twelve (12) persons;

c.  For judgment in favor of Plaintiffs and against Defendants;

d.  That Plaintiffs be awarded all general and special damages allowed by law in an amount to be determined by the enlightened conscience of a fair and impartial jury; and

e.  For such other and further relief as the Court deems just and proper.

This 22nd day of October, 2024.

                    **MANLY SHIPLEY, LLP**


                    /s/ John B. Manly
                    JOHN B. MANLY
                    Georgia Bar No. 194011
                    JAMES E. SHIPLEY, JR.
                    Georgia Bar No. 116508
                    *Attorneys for Plaintiffs*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com
jim@manlyshipley.com

FILED - JA
GLYNN CO. CLERK'S OFFICE
Filed 11/8/2024 4:32 PM
Accepted 11/12/2024 8:02 AM
CASE # CE24-01146
*Rebecca J Walden*
CLERK SUPERIOR COURT

Sheriff Number: 24034489    Court Case Number: CE24-01146
Date Received: 10/25/2024 Time: 9:09 AM
Special Service Inst:

State of Georgia
Gwinnett County

### ATTORNEY'S ADDRESS

MANLY SHIPLEY LLP
P O BOX 10840

SAVANNAH, GA 31412

Rhondie Belton, et al
PLAINTIFF
VS.
Symrise, Inc.; et al
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

SYMRISE, INC.
c/o Corp. Serv. Co.
2 SUN COURT
STE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐    Sex_____ Skin Color_____ Hair Color_____ Age_____ Hgt_____ Wgt_____
I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and
summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|-----|-----------|-----------|-----|-----|-----|
|     |           |           |     |     |     |

**CORPORATION** ☑
I have this day served the ___Symrise, Inc._____ a corporation by leaving a copy of
the within action and summons with ___Alisha Smith_____ in charge of the office and place of
doing business of said Corporation in this County.

**TACK AND MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the
defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found
in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: October 28, 2024

Time:_____

_B. Wass Sutry_
Deputy Sheriff

SUMMONS

## IN THE SUPERIOR/STATE COURT OF ___GLYNN___ COUNTY

## STATE OF GEORGIA

RHONDIE BELTON and LENORA BELTON,
_____
_____
_____
                                         PLAINTIFF

CIVIL ACTION
NUMBER    CE24-01146
_____

                    VS.

SYMRISE, INC., VINCENT NOBLE, and
_____
JOHN DOES 1-3
_____
_____
                                         DEFENDANT

SYMRISE, INC.
C/O CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GEORGIA 30092

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:   SYMRISE, INC.

 You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

        MANLY SHIPLEY, LLP
        POST OFFICE BOX 10840
        SAVANNAH, GEORGIA 31412

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This_____22nd_____day of____October____,19__2024__.

                                    Clerk of Superior/State Court

                                    /s/Victoria A. Moore
                        BY_____
                                                          Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SUMMONS

# IN THE SUPERIOR/STATE COURT OF ___GLYNN___ COUNTY

## STATE OF GEORGIA

RHONDIE BELTON and LENORA BELTON,
_____

_____

_____
                                    PLAINTIFF

CIVIL ACTION
NUMBER       CE24-01146
_____

                    VS.

SYMRISE, INC., VINCENT NOBLE, and

JOHN DOES 1-3
_____

_____
                                    DEFENDANT

VINCENT NOBLE
113 CHATFORD DRIVE
BRUNSWICK, GEORGIA 31525

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:   VINCENT NOBLE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

MANLY SHIPLEY, LLP
POST OFFICE BOX 10840
SAVANNAH, GEORGIA 31412

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This___22nd___day of___October___,19__2024__.

Clerk of Superior/State Court

BY___/s/Victoria A. Moore_____

                                    Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

FILED - JA
GLYNN CO. CLERK'S OFFICE
Filed 11/5/2024 1:39 PM
Accepted 11/5/2024 3:12 PM
CASE # CE24-01146

*Rebecca J Walden*

CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF GLYNN COUNTY
## STATE OF GEORGIA

RHONDIE BELTON and )
LENORA BELTON, )
     )
        Plaintiffs, )
     )    Civil Action No.  CE24-01146
v. )
     )
SYMRISE, INC., )
     )
        Defendant. )

## AMENDED COMPLAINT

COME NOW Rhondie Belton and Lenora Belton, Plaintiffs in the above-styled action, and

amend their Complaint against Symrise, Inc. showing this Honorable Court as follows:

## PARTIES AND JURISDICTION

1.

Plaintiffs are, and at all times material to this action, residents of  the State of Georgia.

2.

Defendant Symrise, Inc. is a foreign for profit corporation that is authorized to do business

in the State of Georgia.

3.

Defendant Symrise, Inc. may be served with process via its registered agent Corporation

Service Company located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

4.

.     Jurisdiction and venue are proper in this Honorable Court.

## FACTUAL ALLEGATIONS

### 5.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

### 6.

Defendant Symrise, Inc. produces, manufactures, packages, and distributes chemicals for over 34,000 products.

### 7.

Defendant Symrise, Inc. stores various chemicals and chemical compounds, including but not limited to hydrogen peroxide, at its facility located at 209 SCM Road, Brunswick, Georgia 31523.

### 8.

Defendant Symrise, Inc. has received countless complaints and has been the subject of numerous investigations by various governmental agencies.

### 9.

On November 7, 2022, there were at least three explosions at the Symrise facility that occurred within several tanks containing pinane peroxide, a hydrogen peroxide mixture.

### 10.

The explosions resulted in an enormous chemical fire that caused a massive plume of thick black smoke that released hazardous noxious fumes into the air.

### 11.

At the time of the explosions, Plaintiff Rhondie Belton was working for SRM Concrete at Symrise, Inc.'s Brunswick facility and unfortunately, Plaintiff Rhondie Belton's jobsite was

located downwind from the massive explosion/fire.

12.

Shortly thereafter, Plaintiff Rhondie Belton began to experience constant nausea and weight loss that became so severe that he was admitted to the hospital on December 11, 2022.

13.

Plaintiff Rhondie Belton had no symptoms prior to the exposure to the chemical fire.

14.

Plaintiff Rhondie Belton underwent invasive testing revealing that he had hypercalcemia, transaminitis, and non-caseating granulomas which resulted in his diagnosis of Sarcoidosis.

15.

Plaintiff Rhondie Belton's exposure to the chemical explosion and fire led to his current condition.

## <u>COUNT ONE – STRICT LIABILITY</u>

16.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

17.

Defendant Symrise, Inc.'s conduct in maintaining dangerous chemicals on its premises is considered an ultrahazardous activity.

18.

Due to Symrise, Inc. engaging in ultrahazardous activity, it is strictly liable for its ultrahazardous activity, regardless of the exercise of due care.

19.

Symrise, Inc. knew, or in the exercise of ordinary care, should have known of the hazard involved and the probability of injury and/or damage to Plaintiff Rhondie Belton.

20.

As a direct and proximate result of the ultrahazardous activity conducted by Symrise, Inc., Plaintiff Rhondie Belton has suffered serious physical injuries, mental pain and suffering, loss of enjoyment of life, and substantial medical expenses.

## COUNT TWO – NEGLIGENCE

21.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

22.

Defendant knew or should have known the risk of explosion and/or fire at Symrise, Inc.'s Brunswick facility.

23.

Defendant knew or should have known of the leaking and/or improperly stored and/or improperly handled chemicals within the Symrise, Inc. Brunswick facility, and Defendant negligently failed to exercise due care in responding to the dangerous conditions.

24.

Defendant knew or should have known the risks to citizens in the area surrounding Symrise, Inc.'s Brunswick facility, including the risk of explosion and/or fire that would lead to toxic fumes, dust, particulate matter, and smoke being released into the air.

4

25.

Defendant knew or should have known that the release of such toxic fumes and other matters could and would cause significant health issues in the community and its surrounding areas, and the affected individuals would require medical attention and likely suffer long term health problems as a result.

26.

Defendant owed Plaintiffs a duty of care to comply with all applicable federal, state and local laws, regulations and/or ordinances.

27.

Defendant had a duty to exercise reasonable care to protect the public against foreseeable risks associated with the operation of Symrise Inc.'s Brunswick facility in maintaining chemical compounds which are dangerous commodities that cause a great risk of injury to persons and/or property.

28.

Defendant breached their duty of care by allowing certain unreasonable conditions to exist and by failing to properly store the chemicals, failing to inspect the facility, failing to train personnel to inspect and/or store, maintain, and safeguard the reactive chemicals in the proper manner, and failing to adopt adequate safeguards to prevent the catastrophic explosion/fire which produced and released a toxic plume on November 7, 2022.

29.

The catastrophic plume would not have occurred had the Defendant exercised reasonable care, much less than the high degree of care called for.  Therefore, Plaintiffs are entitled to relief based on *res ipsa loquitur*.

30.

Defendant's breach of its duties, directly and proximately caused injuries and damages to Plaintiff Rhondie Belton.

## COUNT THREE – LOSS OF CONSORTIUM

31.

Plaintiffs reallege and incorporate by reference all foregoing paragraphs of this Complaint as fully stated herein.

32.

On November 7, 2022, Plaintiffs Rhondie Belton and Lenora Belton were husband and wife.

33.

The injuries suffered by Plaintiff Rhondie Belton caused Plaintiff Lenora Belton to suffer a grievous impairment and interference with her society, affection, services, companionship, and consortium with her husband Plaintiff Rhondie Belton.

34.

By reason of the foregoing, Plaintiffs are entitled to recover compensatory and other damages in such amounts as may be shown by the evidence at trial and determined by the enlightened conscience of a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray:

a.      That summons and process be issues and served upon Defendant;

b.      For a trial by jury comprised of twelve (12) persons;

c.      For judgment in favor of Plaintiffs and against Defendant;

6

d.     That Plaintiffs be awarded all general and special damages allowed by law in an

amount to be determined by the enlightened conscience of a fair and impartial jury;

and

e.     For such other and further relief as the Court deems just and proper.

This 5th day of November, 2024.

**MANLY SHIPLEY, LLP**

/s/ John B. Manly
JOHN B. MANLY
Georgia Bar No. 194011
JAMES E. SHIPLEY, JR.
Georgia Bar No. 116508
*Attorneys for Plaintiffs*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com
jim@manlyshipley.com

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Amended Complaint has been served upon all

parties via Odyssey electronic service and email to the following:

R. Bates Lovett, Esq.
Pierson Ferdinand
2 East Bryan Street, Suite 436
Savannah, Georgia 31404
bates.lovett@pierferd.com

This 5th day of November, 2024.

**MANLY SHIPLEY, LLP**

/s/ John B. Manly
JOHN B. MANLY
Georgia Bar No. 194011
*Attorney for Plaintiffs*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com

8