# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

RHONDIE BELTON & LENORA BELTON,

    Plaintiffs,

    v.

SYMRISE, INC.,

    Defendant.

2:24-cv-131

## ORDER

Defendant Symrise, Inc. has raised the doctrine of judicial estoppel as a potential bar to the present action because Plaintiffs failed to notify the Bankruptcy Court of their claims against Defendant Symrise during the pendency of Plaintiffs' Chapter 13 case. Dkt. No. 28 at 18-21; In re Belton, No. 19-40487-EJC (Bankr. S.D. Ga. Apr. 3, 2019). In deciding whether Plaintiffs' claims are barred by judicial estoppel for such an omission, district courts consider the totality of the circumstances—including the outcome of the bankruptcy case—to determine whether the omission was "calculated to make a mockery of the judicial system." Slater v. United States Steel Corp., 871 F.3d 1174, 1181, 1186 (11th Cir. 2017) (internal quotations omitted) (noting that a totality of the circumstances approach "allows a district court to consider any proceedings that occurred

in the bankruptcy court after the omission was discovered, arguably a better way to ensure that the integrity of the bankruptcy court is protected"); see also Keathley v. Buddy Ayers Constr., Inc., 146 S. Ct. 1532, 1539 (2026) ("Thus, when a court conducts an equitable inquiry, it must act 'on a case-by-case basis,' considering all relevant facts and circumstances." (quoting Holland v. Florida, 560 U.S. 631, 649–650 (2010))).

Because Plaintiffs' motion to reopen their Chapter 13 case in the Bankruptcy Court is pending, and the outcome would be especially relevant to the Court's evaluation of Defendant Symrise's judicial estoppel argument, this case is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of Plaintiffs' motion to reopen their Chapter 13 bankruptcy case. In re Belton, No. 19-40487-EJC, dkt. no. 81. The parties are **ORDERED** to inform the Court, on the record, of any order addressing the motion to reopen the underlying bankruptcy proceeding within **ten (10) days** thereof.

**SO ORDERED** this 31st day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2